# In the United States Court of Federal Claims

```
*     *     *     *     *     *     *

LUMBERMENS MUTUAL CASUALTY,    *

          Plaintiff,            *        No. 04-1255C

          v.                    *        Filed: November 15, 2007

THE UNITED STATES OF AMERICA,   *

          Defendant.            *

*     *     *     *     *     *     *
```

### ORDER

Plaintiff filed a motion to exclude the expert testimony of Wiley Wright.  This motion is DENIED.  The parties can understand that it would not benefit the court or the development of this record to exclude an expert witness unless a Daubert issue is involved.  We will entertain *voir dire* during trial sufficient to explore the issues plaintiff attempts to raise by its motion.  All government witnesses will be subject to cross examination.  Plaintiff's concerns seem addressed primarily to the weight of the Government's expert testimony rather than its relevance.

Plaintiff filed a motion to exclude expert testimony regarding mitigation.  This motion is DENIED.  We will take all expert testimony into consideration in this case.

Plaintiff filed a motion for partial summary judgment on counts two and three of its First Amended Complaint.  Defendant filed a cross-motion for partial summary judgment on the same counts.  Both motions are DENIED.  Material facts remain for us to resolve.

The use of invective in briefs before this court, and during arguments here, is not helpful.  Such attacks are improper, and tend to distract this judge rather than inform him.

                                        s/ Robert H. Hodges, Jr.
                                        Robert H. Hodges, Jr.
                                        Judge